No. 1216, Misc., October Term, 1961. O'LEARY *v.* MACY, CHAIRMAN, U. S. CIVIL SERVICE COMMISSION, ET AL., 370 U. S. 953. Motion for leave to file a second petition for rehearing and to continue case denied. MR. JUSTICE GOLDBERG took no part in the consideration or decision of this motion.

No. 762, October Term, 1962. TAR ASPHALT TRUCKING CO., INC., *v.* UNITED STATES ET AL., 372 U. S. 596. Motion for leave to file petition for rehearing and for other relief denied.

No. 298. MEEKER *v.* WALRAVEN, *ante,* p. 829;

No. 25, Misc. WILLIAMS *v.* WAINWRIGHT, CORRECTIONS DIRECTOR, *ante,* p. 839;

No. 116, Misc. CEPERO *v.* PELOSO, *ante,* p. 16;

No. 133, Misc. GOVEIA *v.* HARITAS ET AL., *ante,* p. 845;

No. 155, Misc. BENNETT *v.* NORTH CAROLINA, *ante,* p. 847;

No. 208, Misc. CARTER *v.* ABBATE ET VIR, *ante,* p. 851;

No. 300, Misc. PISELLI *v.* UNITED STATES, *ante,* p. 857;

No. 308, Misc. RUDOLPH *v.* ALABAMA, *ante,* p. 889;

No. 338, Misc. BURDETTE *v.* UNITED STATES, *ante,* p. 861;

No. 361, Misc. TSERMENGAS *v.* MICHIGAN ET AL., *ante,* p. 863; and

No. 449, Misc. OUGHTON *v.* TAYLOR, WARDEN, *ante,* p. 806. Petitions for rehearing denied.

NOVEMBER 14, 1963.

No. 211, Misc. BUSH *v.* ALASKA. On petition for writ of certiorari to the Supreme Court of Alaska. Dismissed pursuant to Rule 60 of the Rules of this Court.